DUENEWALD PRINTING CORPORATION, Appellant, *v.* G. P. PUTNAM'S SONS, Respondent.

Argued May 16, 1950; decided May 26, 1950.

*Myron J. Greene, Maurice J. Schulkind* and *Irving Michael Atkin* for appellant.

*Vincent J. Malone* and *Frederick M. Jennings* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the decision of the Trial Term is in accordance with the weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.